United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-	Case No. 2:15-cr-276

Brian K. Skeens

## COURTROOM MINUTES
### Sentencing Hearing

|  | U.S. Magistrate Judge Norah McCann King | Date: | February 23, 2017 @ 10:00 a.m. |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Mike Marous |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Andrew Sanderson |
| Interpreter |  | Pretrial/Probation | Lisa Dopp |
| Log In | 10:10 a.m. | Log Out | 10:40 a.m. |

The Amended Plea Agreement is accepted.  Defendant maintains his plea of guilty to count 1.

Defendant sentenced to 90 days incarceration, 1 year supervised release, a fine of $500, restitution of $1000, special assessment of $25.

Defendant advised of right to appeal.

Defendant remanded to USMS.